IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CASEY ATES<br>AGGRIEVED PARTY,<br><br>    Plaintiff,<br><br>    v.<br><br>SURETY COMPANY,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:16-CV-4500-TWT |

**ORDER**

This is a pro se breach of contract action by a state prisoner against the Board of Pardons and Paroles. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action without prejudice under 28 U. S. C. § 1915(g). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 29 day of December, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Ates\16cv4500\r&r.wpd